UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JESSICA M. BROWN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OFFICER THOMAS, et al.,<br><br>　　　　Defendants. | Case No. 2:23-cv-00652-APG-DJA<br><br>ORDER |

On April 24, 2023, pro se plaintiff Jessica Brown, an inmate at Clark County Detention Center ("CCDC"), submitted a complaint under 42 U.S.C. § 1983. (ECF No. 1-1). But Plaintiff has neither paid the full $402 filing fee for this matter nor filed an application to proceed *in forma pauperis*. (*See* ECF No. 1). Instead, Plaintiff submitted only a financial certificate and an inmate trust fund account statement. (*See* ECF No. 1-1 at 9–13).

The United States District Court for the District of Nevada must collect filing fees from parties initiating civil actions. 28 U.S.C. § 1914(a). The fee for filing a civil-rights action is $402, which includes the $350 filing fee and the $52 administrative fee. *See* 28 U.S.C. § 1914(b). "Any person who is unable to prepay the fees in a civil case may apply to the court for leave to proceed *in forma pauperis*." Nev. Loc. R. LSR 1-1. For an inmate to apply for *in forma pauperis* status, the inmate must submit **all three** of the following documents to the Court: (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, which is pages 1–3 of the Court's approved form, that is properly signed by the inmate twice on page 3; (2) a completed **Financial Certificate**, which is page 4 of the Court's approved form, that is properly signed by both the inmate and a prison or jail official; and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.[1] *See* 28 U.S.C. § 1915(a)(1)–(2); Nev. Loc. R. LSR 1-

---

[1] Even if the inmate has not been at the jail or prison for a full six-month period,

2. *In forma pauperis* status does not relieve an inmate of his or her obligation to pay the filing fee, it just means that the inmate can pay the fee in installments. *See* 28 U.S.C. § 1915(b).

Accordingly, for the reasons stated above,

It is therefore ordered that Plaintiff has **until July 3, 2023** to either pay the full $402 filing fee or file a fully complete application to proceed *in forma pauperis* with all three required documents: (1) a completed application with the inmate's two signatures on page 3, (2) a completed financial certificate that is signed both by the inmate and the prison or jail official, and (3) a copy of the inmate's trust fund account statement for the previous six-month period.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if she fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when she can file a complete application to proceed *in forma pauperis* or pay the required filing fee.

The Clerk of the Court is directed to send Plaintiff Jessica Brown the approved form application to proceed *in forma pauperis* for an inmate and instructions for the same and retain the complaint and exhibits (ECF No. 1-1) but not file them at this time.

DATED:   May 3, 2023.

_____
UNITED STATES MAGISTRATE JUDGE

---

the inmate must still submit a financial certificate and an inmate account statement for the dates the inmate has been at the facility.