UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JESSICA M. BROWN,<br><br>　　　　　　　　Plaintiff<br><br>　v.<br><br>OFFICER THOMAS, et al.,<br><br>　　　　　　　　Defendants | Case No. 2:23-cv-00652-APG-DJA<br><br>ORDER<br><br>(ECF Nos. 4, 6) |

　　　　This action began with a civil-rights complaint under 42 U.S.C. § 1983 submitted by an inmate at Clark County Detention Center. (ECF No.1-1). On May 19, 2023, Plaintiff filed an application to proceed *in forma pauperis* for an inmate. (ECF No. 4). On June 7, 2023, Plaintiff filed notice that she was being paroled and sought an "extension" of this action until August 2023. (ECF No. 6). The Court notes that according to the Clark County Detention Center inmate database, Plaintiff is no longer incarcerated.

　　　　Nevada Local Rule IA 3-1 states that a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number." "The notification must include proof of service on each opposing party or the party's attorney[,]" when applicable. Nev. Loc. R. IA 3-1. And "failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." *Id.* Moreover, an application to proceed *in forma pauperis* for an inmate is moot if the applicant is no longer incarcerated.

　　　　For the foregoing reasons, it is ordered that Plaintiff's motion to extend this action (ECF No. 6) is construed as seeking to extend the time for Plaintiff to file her updated address with the Court and either file an application to proceed *in forma pauperis* for non-inmates or pay the full $402 filing fee, and the motion is granted to that extent.

　　　　It is further ordered that Plaintiff's application to proceed *in forma pauperis* for an inmate (ECF No. 4) is denied as moot.

It is further ordered that Plaintiff has **until August 31, 2023** to either (1) file a fully complete application to proceed *in forma pauperis* for a non-inmate or (2) pay the full $402 filing fee for a civil action.

It is further ordered that Plaintiff has **until August 31, 2023** to file her updated address with the Clerk of the Court.

It is further ordered that if Plaintiff fails to timely comply with this order, this case will be subject to dismissal without prejudice. Dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when she can comply with the Court's orders and either pay the required filing fee or apply for *in forma pauperis* status.

The Clerk of the Court is directed to send Plaintiff the approved form application to proceed *in forma pauperis* for non-inmates and instructions for the same and retain the complaint (ECF No. 1-1) but not file it at this time.

DATED this 18th day of July 2023.

_____
UNITED STATES MAGISTRATE JUDGE